On October 26, 1976, this case was remanded to the trial court for the purpose of advising appellant of his right to apply for Youthful Offender treatment as mandated by Morgan v.State, 291 Ala. 764, 287 So.2d 914.
On December 2, 1976, the trial judge had appellant brought before him and in the presence of his attorney he advised appellant of his right to file an application to be treated as a Youthful Offender. Appellant elected to file such application and he was furnished a form which he completed and signed along with his attorney.
Thereafter the trial court rendered an order denying the application based upon the written report of the Probation Officer.
The judgment of conviction is affirmed on authority ofClemmons v. State, 294 Ala. 746, 321 So.2d 238.
AFFIRMED.
All the Judges concur.